UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Matthew David Scott,
    Plaintiff(s)

  v.          CIVIL ACTION NO. 11-30105-FDS

Michael J. Astrue, Commissioner of SSA,
    Defendant(s)

**JUDGMENT IN A CIVIL CASE**

Sayor,  , D.J.

☐ **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

In accordance with the Court's Memorandum and Order dated     August 9, 2012  granting

defendant's motion to affirm (docket no. 14), Judgment is entered for the defendant.

                   SARAH A. THORNTON,
                   CLERK OF COURT

Dated: August 16, 2012        By  /s/ Craig J. Nicewicz
                    Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)